UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JENNIFER KASILAG, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>HARTFORD INVESTMENT FINANCIAL SERVICES, LLC,<br><br>      Defendant. | Civil No.: 1:11-cv-01083-RMB-KMW |
| JENNIFER KASILAG, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>HARTFORD FUNDS MANAGEMENT COMPANY, LLC,<br><br>      Defendant. | Civil No.: 1:14-cv-01611-RMB-KMW |
| JENNIFER KASILAG, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>HARTFORD FUNDS MANAGEMENT COMPANY, LLC,<br><br>      Defendant. | Civil No.: 1:15-cv-01876-RMB-KMW |

**JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING STAY OF ACTION**

WHEREAS, on November 14, 2011, Plaintiffs Jennifer Kasilag, Louis Mellinger,

1

1656558.1

Judith Menendez, Jacqueline Robinson, Linda Russell, and Dennis Russell (collectively, the Plaintiffs") filed a Second Amended Complaint in the action captioned *Kasilag, et al., v. Hartford Investment Financial Services, LLC*, No. 1:11-cv-01083-RMB-KMW ("*Kasilag I*") asserting claims against Defendant Hartford Investment Financial Services, LLC ("HIFSCO") with respect to a series of mutual funds (the "Funds") managed by HIFSCO;

WHEREAS, Hartford Funds Management Company, LLC ("HFMC") replaced HIFSCO as the mutual funds' investment manager effective January 1, 2013 (HIFSCO and HFMC are hereinafter collectively referred to as "Defendants");

WHEREAS, on March 12, 2014, the Plaintiffs, along with one additional plaintiff Darin Dudek, filed a second action captioned *Kasilag, et al. v. Hartford Funds Management Company, LLC*, No. 1:14-cv-01611-RMB-KMW ("*Kasilag II*") against HFMC on behalf of the Funds, asserting claims similar to the claims asserted in *Kasilag I*;

WHEREAS, on March 12, 2015, the Plaintiffs, along with one additional plaintiff, the Konrad D. Kohl Trust by Konrad D. Kohl, III as Trustee, filed a third action captioned *Kasilag, et al. v. Hartford Funds Management Company, LLC*, No. 1:15-cv-01876-RMB-KMS ("*Kasilag III*") against HFMC on behalf of the Funds, asserting claims similar to the claims asserted in *Kasilag I* and *Kasilag II*;

WHEREAS, *Kasilag III* challenges similar conduct as the conduct challenged by Plaintiffs in *Kasilag I* and *Kasilag II*;

WHEREAS, dispositive motions in *Kasilag I* and *Kasilag II* are scheduled to be filed no later than June 5, 2015;

WHEREAS, the parties expect that the resolution of *Kasilag I and Kasilag II* will

bear significantly on the resolution of *Kasilag III*;

WHEREAS, for efficiency reasons and to prevent unnecessary duplication, the parties believe that *Kasilag III* should be stayed pending the resolution of *Kasilag I* and *Kasilag II*;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties through their respective counsel and subject to the Court's approval that *Kasilag III* is stayed pending the resolution of *Kasilag I* and *Kasilag II*.

Dated: May 19, 2015

                                                Respectfully submitted,

| | |
|---|---|
| SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, P.C.<br>By: */s/ Robert L. Lakind*<br>Robert L. Lakind<br>Arnold C. Lakind<br>101 Grovers Mill Road, Suite 200<br>Lawrenceville, NJ 08648<br>(609) 275-0400 | SHERMAN WELLS SYLVESTER & STAMELMAN LLP<br>By: */s/ Anthony J. Sylvester*<br>Anthony J. Sylvester<br>210 Park Avenue, 2d Floor<br>Florham Park, NJ 07932<br>(973) 302-9700 |
| ZWERLING, SCHACHTER, & ZWERLING, LLP<br>Robin F. Zwerling<br>Jeffrey C. Zwerling<br>Susan Salvetti<br>Andrew Robertson<br>41 Madison Avenue<br>New York, NY 10010<br>(212) 223-3900 | MILBANK, TWEED, HADLEY & McCLOY LLP<br>James N. Benedict (*pro hac vice*)<br>Sean M. Murphy (*pro hac vice*)<br>Robert C. Hora (*pro hac vice*)<br>1 Chase Manhattan Plaza<br>New York, NY 10005<br>(212) 530-5000<br><br>*Attorneys for Defendants* |
| LEVY, PHILLIPS & KONIGSBERG, LLP<br>Moshe Maimon<br>800 Third Avenue, 11th Floor<br>New York, NY 10022<br>(212) 605-6200 | |

*Attorneys for Plaintiffs*

IT IS SO ORDERED.

Dated: June 1, 2015

[signature]

1656558.1